# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

DOUGLAS DAWSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1543

_____

June 17, 2026

Appeal from the Circuit Court for Pinellas County; Susan St. John, Judge.

Blair Allen, Public Defender, and Caroline Joan S. Picart, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.